# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

U.S. BANK NATIONAL
ASSOCIATION NOT IN ITS
INDIVIDUAL CAPACITY BUT
SOLELY AS TRUSTEE FOR THE
RMAC TRUST, SERIES 2018 G-
CTT

NO.   2025 CW 1030

VERSUS

**JANUARY 9, 2026**

EDWARD MOSES, JR.

---

In Re:   Edward Moses, Jr., applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         722566.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT